## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.  8:05CR20 |
| vs. | ) | |
| ABEL PEREZ , | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the Motion for Continuance of Sentencing Schedule filed by the Plaintiff, United States of America (Filing No. 48).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Motion for Continuance of Sentencing Schedule filed by the Plaintiff, United States of America (Filing No. 48) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **7th day of November, 2005,** at the hour of **3:30 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 27th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge